**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Roberto NAVARRO–GIL, Defendant—**
**Appellant.**

No. 05–50537.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

John R. Kraemer, Esq., United States Department of Justice, Southern District of California, San Diego, CA, for Plaintiff–Appellee.

Roberto Navarro–Gil, California City Correctional Center, California City, CA, Jami L. Ferrara, Esq., San Diego, CA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

This is an appeal from the sentence imposed upon revocation of supervised re-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
** This disposition is not appropriate for publication and may not be cited to or by the

lease. Appellee's Motion to Dismiss Appeal as Moot is GRANTED because the custodial term has ended and Appellant was not sentenced to a term of supervised release to follow his custodial sentence. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999).

**APPEAL DISMISSED.**